

**ORIGINAL**

FILED
MAY 26 2011
UNITED STATES BANKRUPTCY COURT

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
JEFFREY J MCGUIGAN ) Case No. 05-59280 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Debtor, JEFFREY J MCGUIGAN in the above entitled matter was returned marked: RETURN TO SENDER/NOT DELIVERABLE AS ADDRESSED/UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Debtor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $121.53 as an unclaimed dividend.

JEFFREY J MCGUIGAN
*MAIL RTD ON 2/14/11
1571 LOS ALTOS WY
SALINAS, CA 93906

Dated: May 24, 2011

DEVIN DERHAM-BURK, TRUSTEE

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

ADDRESS SERVICE REQUESTED

RECEIVED
FEB 14 2011
Devin Derham-Burk
Trustee, Chapter 13

JEFFREY J MCGUIGAN
1571 LOS ALTOS WY
SALINAS, CA 93906

NIXIE 951 DE 1 00 02/12/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001313 *2755-02059-09-45